```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ELIJAH PERKINS,

                         Defendant.

21-cr-570 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that a change of plea hearing will be held with respect to Defendant Elijah Perkins on May 17, 2023 at 3:00 PM.

**SO ORDERED.**

**Date:  May 5, 2023**
         **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**