```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 21-cr-570 (MKV) |
| ELIJAH PERKINS, | **ORDER** |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

The sentencing of Defendant Elijah Perkins previously scheduled for August 22, 2023 at 2:00 PM is ADJOURNED to October 27, 2023 at 2:30 PM.

The Clerk of Court is respectfully requested to terminate ECF No. 156.

**SO ORDERED.**

Date: August 17, 2023
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**